

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | SOUTHERN DIVISION |
|---|---|
| 312 North Spring Street, Room G-8 | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | (714) 338-4750 |

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date  7/10/14

LOS ANGELES COUNTY
 SUPERIOR  COURT
CIVIL FILING UNIT
111 NORTH HILL STREET
LOS ANGELES, CA  90012

Re:  Case Number:  2:14-cv-05026-ODW-RZ

Previously Superior Court Case No.  14U06629

Case Name:  Abbey APT LP v. Jerome Rene Robinson et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on  7/10/14 , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By:  L Chai
Deputy Clerk   213-894-5730

☒ Western    ☐ Eastern    ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
Date                                                             Deputy Clerk